1  Scott A. Brown, SBN 177099
   BROWN | POORE LLP
2  2950 Buskirk Avenue, Suite 330
   Walnut Creek, California 94597
3  Telephone:   (925) 943-1166
   sbrown@bplegalgroup.com
4
   Attorneys for Plaintiff
5  SANJESHNI DEVI

6

7              UNITED STATES DISTRICT COURT

8              NORTHERN DISTRICT OF CALIFORNIA

9

| | |
|---|---|
| SANJESHNI DEVI,<br><br>　　　　Plaintiff,<br><br>v.<br><br>STANFORD HEALTH CENTER; and DOES 1-10,<br><br>　　　　Defendant. | **Case No. 3:24-cv-03897 (KAW)**<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER**<br><br>**Judge:**　Hon. Kandis A. Westmore<br><br>**Complaint Filed:** June 28, 2024 |

-1-
Dismissal
Devi v. SHC

IT IS HEREBY STIPULATED AND AGREED by and between the parties Plaintiff Sanjeshni Devi ("Plaintiff") and Defendant Stanford Health Center under Federal Rule of Civil Procedure section 41(a)(1)(A)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorneys' fees and costs.

IT IS SO STIPULATED.

Dated: November 7, 2025

GORDON REES SCULLY MANSUKHANI

By: /s/ Brittany S. Greenhill
Alyson S. Cabrera
Brittany S. Greenhill
Attorneys for Defendant

Dated: November 7, 2025

BROWN | POORE LLP

By: /s/ Scott A. Brown
Scott A. Brown
Attorneys for Plaintiff

## ORDER

The Court having considered the stipulation of the parties, and good cause appearing therefore, orders as follows:

1. The action is dismissed in its entirety with prejudice pursuant to FRCP 41;
2. Each party shall bear their own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: November 17, 2025

Hon. Kandis A. Westmore
U.S. Magistrate Judge